NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**HTC CORPORATION, ZTE (USA) INC.,**
*Appellants*

**v.**

**CELLULAR COMMUNICATIONS EQUIPMENT, LLC,**
*Appellee*

———————————

2016-1859

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01135.

———————————

**JUDGMENT**

———————————

STEVEN ARTHUR MOORE, Pillsbury Winthrop Shaw Pittman LLP, San Diego, CA, argued for appellants. Also represented by MATTHEW ROBERT STEPHENS; BRIAN CHRISTOPHER NASH, Austin, TX.

CHRISTOPHER GRANAGHAN, Nelson Bumgardner PC, Fort Worth, TX, argued for appellee. Also represented by BARRY JAMES BUMGARDNER, JOHN P. MURPHY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, REYNA, and TARANTO, *Circuit Judges*).

### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  June 9, 2017  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |